■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE SINKLER, Appellant. [762 NYS2d 315] —Appeal from a resentence of Supreme Court, Monroe County (Galloway, J.), entered May 1, 2002, following this Court's vacatur of the sentence imposed on the count of kidnapping in the second degree (*People v Sinkler,* 288 AD2d 844 [2001], *lv denied* 97 NY2d 761 [2002]).

It is hereby ordered that the resentence so appealed from be and the same hereby is unanimously affirmed. Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.

■ THE PEOPLE OF STATE OF NEW YORK ex rel. EDWARD NELSON, Appellant, v JAMES BERBARY, as Superintendent of Collins Correctional Facility, et al., Respondents. [762 NYS2d 314] —Appeal from a judgment (denominated order) of Supreme Court, Erie County (D'Amico, J.), entered August 14, 2001, which denied the petition for a writ of habeas corpus.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see People ex rel. Wilder v Markley,* 26 NY2d 648 [1970], *rearg denied* 27 NY2d 737 [1970]). Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.